FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

20 SEP 14  PM 4: 47

CLERK-LAS C

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      CRIMINAL NO. 20CR1716 VJ-1
                               )
    vs.                        )
                               )
MANUEL GARCIA,                 )
                               )
            Defendant.         )

## WAIVER OF INDICTMENT

**MANUEL GARCIA,** the above named defendant, who is accused of 8 U.S.C. §

1324(a)(1)(A)(v)(I): Conspiracy to Transport an Illegal Alien; and being advised of the nature of

the charge and of the defendant's rights, hereby waives in open court prosecution by indictment

and consents that the proceeding may be by information instead of by indictment.

_____
MANUEL GARCIA
Defendant

_____
KEN DEL VALLE
Attorney for Defendant

Date: ___8/12/20___